CLAIRE SPERO, as Administratrix, etc., of THEODORE SPERO, Deceased, and CLAIRE SPERO, Respondents, v. JOHN MADDEN and JOSEPH MADDEN, Appellants, and GEORGE RICCO, Defendant. ANNE FIUMARELLI, Respondent, v. JOHN MADDEN and JOSEPH MADDEN, Appellants, and GEORGE RICCO, Defendant.— Action to recover for wrongful death and for personal injury to the two individual plaintiffs as the consequence of a collision between two automobiles, in one of which, operated by defendant Joseph Madden and owned by defendant John Madden, the decedent and the individual plaintiffs were riding. Judgments for plaintiffs unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

JAMES H. WHORTON and HATTIE WHORTON, Appellants, v. VINCENZO ANDRETTA and JOHN CORONA, Respondents.— Upon appeal from so much of a resettled order as refers for report the question of the market value of the mortgaged premises for the purpose of ascertaining the amount of a deficiency judgment, order modified by striking therefrom the provisions appealed from relating to such reference and by inserting in place thereof a provision denying the motion of the defendants to vacate the deficiency judgment, and as so modified affirmed, without costs. We are of opinion that, under the circumstances disclosed here, the purchase price was not so inadequate as to shock the conscience of the court. Young, Hagarty, Carswell, Davis and Johnston, JJ., concur.

WALTER H. YOUNG, Respondent, v. SAMUEL M. FEGA and REBECCA FEGA, Appellants.— Action on a bond and mortgage, the lien of which was junior to that of a mortgage previously foreclosed and which extinguished the security for the bond and mortgage in suit. Order granting plaintiff's motion for summary judgment under rule 113 of the Rules of Civil Practice, and judgment entered pursuant thereto, unanimously affirmed, with ten dollars costs and disbursements. (*Weisel* v. *Hagdahl Realty Co., Inc.*, 241 App. Div. 314; *Brenek* v. *Bednar*, 243 id. 622; *Shields* v. *DiGiacomo, ante*, p. 826, decided herewith.) Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MARIE ZUKSCHWERDT and Another, as Executors, etc., of CHARLES C. ZUKSCHWERDT, Deceased, and ANNA MARIE ZUKSCHWERDT, Individually, Respondents, v. ALTMAN FOUNDATION, a Domestic Corporation, Appellant.— Motion for judgment on the pleadings. Order denying defendant's motion affirmed, with ten dollars costs and disbursements. Viewing the complaint in the light most favorable to the facts stated and to the inferences reasonably to be drawn therefrom, we think it states a cause of action. We pass only on a question of pleading. Young, Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.

MARGARET ADELAIDE KANE, Appellant, v. RICORO ESTATES, INC., and Others, Defendants; AARON B. SALANT, Respondent.— Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

Pursuant to the Provisions of Rule 1 of the Rules of Civil Practice, CHARLES W. FROESSEL, Esq., Residing at 160-11 Eighty-ninth Avenue, Jamaica, in the County of Queens, Is Hereby Appointed a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar in and for the Second Judicial District, in Place of EDWARD S. MALONE, Deceased, to Serve on Such Committee During the Pleasure of the Court, Such Appointment to Take Effect January 22, 1936. Present — Lazansky, P. J., Young, Hagarty, Carswell, Davis, Johnston, Adel and Taylor, JJ.